## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

JAMES W. BARA,

    Plaintiff,

v.                                            Case No.:  3:20-CV-01347-BJD-MCR

NATIONSTAR MORTGAGE, LLC
D/B/A MR. COOPER,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

    Defendant Nationstar Mortgage, LLC d/b/a Mr. Cooper, by and through undersigned counsel and under Local Rule 3.08, gives notice that all claims filed against Nationstar in this matter have been settled.  The parties are in the process of preparing settlement papers and anticipate filing a dismissal with prejudice pursuant to the terms of a confidential settlement agreement.

Dated: December 29, 2020  **MCGUIREWOODS LLP**

By: */s/ Kathleen D. Kilbride*
Sara F. Holladay
Florida Bar No. 0026225
Emily Y. Rottmann
Florida Bar No. 0093154
Kathleen D. Kilbride
Florida Bar No. 1003294
**McGUIREWOODS LLP**
50 N. Laura Street, Suite 3300
Jacksonville, Florida 32202
(904) 798-3200
(904) 798-3207 (fax)
sholladay@mcguirewoods.com
erottmann@mcguirewoods.com
kkilbride@mcguirewoods.com
flservice@mcguirewoods.com
fladmin@mcguirewoods.com

*Attorneys for Defendant Nationstar Mortgage, LLC d/b/a Mr. Cooper*

-3-

## **CERTIFICATE OF SERVICE**

       I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system which will send notice of the electronic filing on December 29, 2020, to all counsel of record listed below:

Alexander J. Taylor, Esq.
Sulaiman Law Group, Ltd.
2500 South Highland Ave., Ste. 200
Lombard, IL 60148
ataylor@sulaimanlaw.com

*Counsel for Plaintiff James W. Bara*

                                               */s/ Kathleen D. Kilbride*
                                                  Attorney