UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JAMES W. BARA,

       Plaintiff,

                                       Case No. 3:20-cv-01347-BJD-MCR

v.

NATIONSTAR MORTGAGE LLC d/b/a
MR. COOPER,

       Defendant.

## **AGREED STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff James W. Bara and Defendant Nationstar Mortgage LLC d/b/a Mr. Cooper through their respective counsel that the above-captioned action shall be and hereby is dismissed, on the merits and with prejudice, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorneys' fees.

| | |
|---|---|
| Dated: February 16, 2021 | Respectfully Submitted, |
| **JAMES W. BARA** | **NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER** |
| */s/ Alexander J. Taylor* | */s/ Kathleen D. Kilbride (with consent)* |
| Alexander J. Taylor | Kathleen D. Kilbride |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| Sulaiman Law Group, LTD | McGuireWoods LLP |
| 2500 S. Highland Ave., Ste. 200 | 50 N. Laura Street, Suite 3300 |
| Lombard, Illinois 60148 | Jacksonville, Florida 32202 |
| Phone: (630) 575-8181 | Phone: (904) 798-3200 |
| ataylor@sulaimanlaw.com | kkilbride@mcguirewoods.com |
| | flservice@mcguirewoods.com |

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*/s/ Alexander J. Taylor*
Alexander J. Taylor

2