UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JAMES W. BARA,

    Plaintiff,

v.                                Case No.: 3:20-cv-1347-BJD-MCR

NATIONSTAR MORTGAGE, LLC,

    Defendant.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Agreed Stipulation of Dismissal with Prejudice (Doc. No.12; Stipulation) filed on February 16, 2021. In the Stipulation, the parties indicate their agreement to dismissal of this case with prejudice. See Stipulation at 1.

Accordingly, it is hereby

**ORDERED**:

1. This case is **DISMISSED with prejudice.**

2. Each party shall bear its own costs and fees.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 18th day of February, 2021.

_____
BRIAN J. DAVIS
United States District Judge

*Copies to:*

Counsel of Record

*ap*